this case, had he asked it, to an instruction as to the duty of the jury to consider the admissions of a witness, in testifying, that such witness had committed crimes or had sustained protracted illicit relations, for the purpose of determining whether the credibility of the witness was thereby impeached or the testimony of such person impaired. It is our opinion, however, that the instructions tendered on that subject were properly refused, since they were too much calculated to lead the jury to infer that in the court's view the witness ought not to be believed.

Judgment reversed, and a new trial ordered.

---

## CHICAGO, INDIANAPOLIS & LOUISVILLE RAILWAY COMPANY v. TOWN OF SALEM.

[No. 20,657. Filed February 13, 1906.]

From Washington Circuit Court; *T. B. Buskirk*, Judge.

Action by the Town of Salem against the Chicago, Indianapolis & Louisville Railway Company. From a judgment for plaintiff, defendant appeals. *Reversed.*

*E. C. Field* and *H. R. Kurrie*, for appellant.
*Mitchell & Mitchell*, for appellee.

MONTGOMERY, J.—The questions involved in this appeal are the same as those decided in *Chicago, etc., R. Co.* v. *Town of Salem* (1906), *ante*, 71, and upon the authority of that case the judgment in this must be reversed.

The judgment is reversed, with directions to sustain appellant's demurrer to the complaint.

---

## CHICAGO, INDIANAPOLIS & LOUISVILLE RAILWAY COMPANY v. TOWN OF SALEM.

[No. 20,658. Filed February 15, 1906.]

From Washington Circuit Court; *T. B. Buskirk*, Judge.

Action by the Town of Salem against the Chicago, Indianapolis & Louisville Railway Company. From a judgment for plaintiff, defendant appeals. *Reversed.*

New American Oil, etc., Co. *v.* Wolff—166 Ind. 704.

*E. C. Field* and *H. R. Kurrie,* for appellant.
*Mitchell & Mitchell,* for appellee.

MONTGOMERY, J.—The questions involved in this appeal are the same as those decided in *Chicago, etc., R. Co.* v. *Town of Salem* (1906), *ante,* 71, and upon the authority of that case the judgment in this must be reversed.

The judgment is reversed, with directions to sustain appellant's demurrer to the complaint.

---

## NEW AMERICAN OIL & MINING COMPANY ET AL. *v.* WOLFF ET AL.

[No. 20,756.    Filed January 3, 1906.    Rehearing denied April 26, 1906.]

From Grant Circuit Court; *H. J. Paulus,* Judge.

Suit by Solomon Wolff and others against the New American Oil & Mining Company and another. From a decree for plaintiffs, defendants appeal. *Reversed.*

*McBride & Denny,* for appellants.
*George A. Mason, Manley & Strickler, John B. Mason* and *Dailey, Simmons & Dailey,* for appellees.

HADLEY, J.—The facts and issues in this appeal are in substance the same as those in *New American Oil, etc., Co.* v. *Troyer* (1906), *ante,* 402, and upon the authority of that case the judgment in this is reversed, with instructions to grant appellant a new trial.